**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV33**

| | |
|---|---|
| PAULL ANDERSON,<br>　　　　Plaintiff,<br><br>　　v.<br><br>JULIUS JENNINGS WADE, JR., JAMES<br>H. WADE, WADE AND WADE<br>ATTORNEYS AT LAW, MARGARET L.<br>GODLEY and GODLEY, INC.,<br>　　　　Defendants. | )<br>)<br>)<br>)　　<u>　ORDER　</u><br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Reconsideration" (Document No. 34), filed May 26, 2005 by Paull Anderson. In the Motion, Mr. Anderson asks the Court to reconsider its earlier ruling, which permitted Julius Jennings Wade, Jr., James H. Wade, and Wade and Wade, Attorneys at Law to supplement certain previous filings. The Court notes that the supplement which it permitted was a copy of an order of the North Carolina Supreme Court, issued April 6, 2005 ("State Order"). The State Order is a matter of public record and as such, under the Federal Rules of Evidence, the Court is entitled to take judicial notice of the State Order whether or not the State Order is admitted into evidence. The Court assures Mr. Anderson that it will determine the relevance, if any, of the State Order to the issues presented in the pending dispositive motions.

**IT IS, THEREFORE, ORDERED** that "Motion for Reconsideration" (Document No. 34) is **DENIED**.

**Signed: May 27, 2005**

_____
David C. Keesler
United States Magistrate Judge