**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:05CV33**

| | |
|---|---|
| PAULL ANDERSON, ) <br>      Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JULIUS JENNINGS WADE, JR., JAMES ) <br> H. WADE, WADE AND WADE ) <br> ATTORNEYS AT LAW, MARGARET L. ) <br> GODLEY and GODLEY, INC., ) <br>      Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion of Defendants Julius Jennings Wade, Jr., James H. Wade, and Wade and Wade, Attorneys at Law, for Stay and Abatement Order" (Document No. 22), filed March 24, 2005 by Julius Jennings Wade, Jr., James H. Wade, and Wade and Wade, Attorneys at Law. In the Motion, Julius Wade, James Wade, and Wade and Wade, Attorneys at Law asked for a stay of this case pending the completion of all trial and appellate proceedings pending in the civil proceeding in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, numbered as 03-CVS-16356 and identified as "Paull Anderson, Plaintiff, vs. Defendants Julius Jennings Wade, Jr., James H. Wade, and Wade and Wade, Attorneys at Law" ("State Proceeding"). Julius Wade, James Wade, and Wade and Wade, Attorneys at Law have subsequently informed the Court that the Supreme Court of North Carolina denied the petition for writ of certiorari filed by Mr. Anderson in the State Proceeding. Accordingly, all trial and appellate proceedings in the State Proceeding have been completed, and the Motion is therefore moot.

**IT IS, THEREFORE, ORDERED** that the "Motion of Defendants Julius Jennings Wade,

Jr., James H. Wade, and Wade and Wade, Attorneys at Law, for Stay and Abatement Order" (Document No. 22) is **DENIED** as moot.

**Signed: May 26, 2005**

David C. Keesler
United States Magistrate Judge