IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No.: 3:05CV33

PAULL ANDERSON, )
)
Plaintiff, )
)
vs. )
)
JULIUS JENNINGS WADE, JR., )   ORDER
JAMES H. WADE, WADE AND WADE, )
ATTORNEYS AT LAW, )
MARGARET L. GODLEY and )
GODLEY, INC., )
)
Defendants. )
)

The Court, having considered the attached Motion of the Defendants Wade to allow the supplementation of their pleadings by the filing of the "Exhibit A," October 3, 2005 denial by the U.S. Supreme Court of Plaintiff's Petition for Writ of Certiorari, being of the opinion that said Motion should be allowed, it being relevant to the issues germane to this case before the Court, and the Court being otherwise fully advised in the premises;

IT IS THEREFORE ORDERED that the Defendants Wade's Motion should be allowed and that a copy of said "Exhibit A" October 3, 2005 Order of the U.S. Supreme Court be, and the same is, herewith admitted for such relevance as the Court finds to exist.

This 17th day of October, 2005.

U. S. Magistrate Judge