# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:07cv318

| | |
|---|---|
| PAULL ANDERSON, ) ) Plaintiff, ) ) vs. ) ) FRANK H. GODLEY, ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on remand from the United States Court of Appeals for the Fourth Circuit, wherein the Court of Appeals remanded this case for further action on the Motion for Sanctions filed by Defendant Godley [Doc. 6].

The Court will conduct a hearing on said Motion on Friday, January 30, 2009, beginning at 10:30 am. If any party desires to present any evidence at that hearing, such party shall inform the Court no later than Tuesday, January 27, 2009.

**IT IS THEREFORE ORDERED** that the hearing on the Defendant's Motion for Sanctions [Doc. 6] shall be conducted on January 30, 2009, beginning at 10:30 am, and that the parties shall inform the Court in writing

no later than January 27, 2009, whether they intend to present any evidence (i.e. present anything other than legal argument) at that hearing. Any notice that is sent to the Court by mail or any other method shall be sent such that it is **received** by the Court on or before the deadline.

The Clerk is directed to re-open this case and to close 3:05cv033 because all matters in 3:05cv033 were affirmed by the Court of Appeals, and the only issue remanded is the Motion for Sanctions in 3:07cv318.

The Clerk is further directed to mail a copy of this Order to the Plaintiff via certified mail, return receipt requested.

Signed: January 13, 2009

Martin Reidinger
United States District Judge